ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Hidden Valley Country Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GISEL CUEVAS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HIDDEN VALLEY COUNTRY CLUB,<br><br>    Defendant. | Case No.: 3:25-cv-00194-ART-CSD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HIDDEN VALLEY COUNTRY CLUB TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

COMES NOW, Defendant Hidden Valley Country Club ("HVCC"), by and through its undersigned counsel of record, and Plaintiff Gisel Cuevas ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree that that the responsive pleading deadline for Plaintiff's Complaint, which is currently set for May 14, 2025, be extended for a period of two (2) weeks, until Wednesday, May 28, 2025. This request is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is the parties' first request for an extension of time for Defendant to respond to Plaintiff's Complaint.

Good cause exists for this extension. The parties are currently meeting and discussing potential resolution and request more time to meet with their clients and evaluate their options. Parties believe a fourteen (14) day extension will suffice.

Plaintiff's counsel has courteously agreed to this extension of time for Defendant to file its responsive pleading. This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay. Accordingly, Defendant shall have up to and including May 28, 2025, to respond to Plaintiff's Complaint.

| Dated: May 14, 2025 | Dated: May 14, 2025 |
|---|---|
|  | **SIMONS HALL JOHNSTON PC** |
| s/ Sean McDowell | s/ Anthony L. Hall |
| MARK MAUSERT, ESQ.<br>SEAN MCDOWELL, ESQ.<br>729 Evans Avenue<br>Reno, NV 89512<br>*Counsel for Plaintiff* | ANTHONY L. HALL, ESQ.<br>JONATHAN A. MCGUIRE, ESQ.<br>690 Sierra Rose Drive<br>Reno, Nevada 89511<br>*Counsel for Defendant*<br>*Nevada Gold Mines, LLC* |

## ORDER

**IT IS SO ORDERED.**

Dated this __15th__ day of __May__ 2025.

_____
United States Magistrate Judge