ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Hidden Valley Country Club*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GISEL CUEVAS, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>HIDDEN VALLEY COUNTRY CLUB,<br><br>  Defendant. | Case No.: 3:25-cv-00194-ART-CSD<br><br>**STIPULATION TO STAY CASE PENDING SETTLEMENT** |

COMES NOW, Defendant Hidden Valley Country Club ("HVCC"), by and through its undersigned counsel of record, and Plaintiff Gisel Cuevas ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate and agree to stay the case to **July 14, 2025**, pending the parties' settlement.

The parties have worked in good faith to resolve the dispute. As of May 28, 2025, the parties have reached a settlement. However, to allow time for the parties to finalize a settlement agreement and have the respective parties sign the settlement agreement, the parties have agreed to stay this case until July 14, 2025.

Once a resolution is finalized, the parties will promptly file a notice of settlement with the Court. If a resolution is not reached, Defendants will submit their respective responses to Plaintiff's Complaint by July 28, 2025, which is 14 days after the expiration of the stay.

Dated: May 28, 2025                                             Dated: May 28, 2025

                                                              **SIMONS HALL JOHNSTON PC**

s/ *Sean McDowell*                                              s/ *Anthony Hall*

MARK MAUSERT, ESQ.                                    ANTHONY L. HALL, ESQ.
SEAN MCDOWELL, ESQ.                                  JONATHAN A. MCGUIRE, ESQ.
729 Evans Avenue                                              690 Sierra Rose Drive
Reno, NV 89512                                                   Reno, Nevada 89511
*Counsel for Plaintiff*                                             *Counsel for Defendant*

                                                                     **ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of MAY 2025.

                                                               U.S. District Anne R. Traum