1  ~
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GISEL CUEVAS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HIDDEN VALLEY COUNTRY CLUB,<br><br>　　　　　Defendant. | Case No.:  3:25-cv-00194-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Gisel Cuevas ("Cuevas") and Defendant Hidden Valley Country Club, by and through their counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

　　　///

　　　///

　　　///

| | |
|---|---|
| DATED this 9th day of July 2025 | DATED this 9th day of July 2025 |
| | **SIMONS HALL JOHNSTON PC** |
| s/ *Sean McDowell* | s/ *Anthony L. Hall* |
| MARK MAUSERT, ESQ.<br>SEAN MCDOWELL, ESQ.<br>729 Evans Avenue<br>Reno, NV 89512<br>*Attorneys for Plaintiff* | ANTHONY L. HALL, ESQ.<br>JONATHAN A. MCGUIRE, ESQ.<br>690 Sierra Rose Drive<br>Reno, Nevada 89511<br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 9th day of July 2025.

_____
Anne R. Traum
United States District Judge